**Fill in this information to identify your case and this filing:**

Debtor 1: **Paul Joseph Yount**
First Name   Middle Name   Last Name

Debtor 2: 
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number: 3:22-bk-30673-SHB

☒ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☒ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☒ Yes

   3.1  Make: **Chevy**
        Model: **Silverado**
        Year: **2020**
        Approximate mileage: **11,769**
        Other information:
        VIN#-3GCPYBEK8LG166439

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☒ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? **$30,000.00**
   Current value of the portion you own? **$15,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................=> **$15,000.00**

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

| Debtor 1 | **Paul Joseph Yount** | Case number *(if known)* | **3:22-bk-30673-SHB** |
|---|---|---|---|

6. **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☒ Yes. Describe.....

| **LR Suit, BR Suit, Kitchen Table, Kitchen Utensils, Lawn Mower, Weedeater, Tools** | **$1,500.00** |
|---|---|

7. **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☒ Yes. Describe.....

| **2 TVs** | **$300.00** |
|---|---|

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No
    ☒ Yes. Describe.....

| **Toy Race Cars** | **$1,000.00** |
|---|---|

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☒ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.....

| **Clothing** | **$200.00** |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes. Describe.....

| **Bracelet, Earrings** | **$400.00** |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☒ Yes. Describe.....

| **Dog** | **$0.00** |
|---|---|

| Debtor 1 | **Paul Joseph Yount** | Case number *(if known)* | **3:22-bk-30673-SHB** |
|---|---|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ■ No
    - ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ **$3,400.00**

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    - ☐ No
    - ■ Yes.................................................................................................

    Cash    **$100.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    - ☐ No
    - ■ Yes........................         Institution name:

    17.1.    **Checking**    **Knox TVA CU**    **$519.86**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    - ■ No
    - ☐ Yes..................         Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    - ■ No
    - ☐ Yes.  Give specific information about them...................
    Name of entity:    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    - ■ No
    - ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    - ☐ No
    - ■ Yes. List each account separately.
    Type of account:    Institution name:

    **401(k)**    **REEB Millwork Corp.**    **$20,000.00**

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    - ■ No
    - ☐ Yes. ....................         Institution name or individual:

| Debtor 1 | **Paul Joseph Yount** | Case number *(if known)* | **3:22-bk-30673-SHB** |
|---|---|---|---|

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    | **2021 Estimated Tax Refund** | Federal | $0.00 |
    |---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
        Company name:           Beneficiary:           Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

| Debtor 1 | **Paul Joseph Yount** | Case number *(if known)* | **3:22-bk-30673-SHB** |
|---|---|---|---|

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................**    **$20,619.86**

---

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

---

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

    > **The market values listed with regard to all items in Schedule B represent the debtor's opinion as to the market value. The sole opinion of the Debtor(s) was arrived without resort to the outside sources and are based upon their view of sales of used personal property in "as is" condition considering a relatively quick sale in the open market place. The "market value" is not intended to indicate original cost or replacement value as may be used for homeowners insurance or other legal purposes.**    **$0.00**

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ......................................    **$0.00**

| Debtor 1 | **Paul Joseph Yount** | Case number *(if known)* | **3:22-bk-30673-SHB** |
|---|---|---|---|

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ........................................................................................................... **$0.00**
56. **Part 2: Total vehicles, line 5**            **$15,000.00**
57. **Part 3: Total personal and household items, line 15**    **$3,400.00**
58. **Part 4: Total financial assets, line 36**        **$20,619.86**
59. **Part 5: Total business-related property, line 45**    **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**
61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property.** Add lines 56 through 61...    **$39,019.86**    Copy personal property total    **$39,019.86**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62    **$39,019.86**

<u>IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE</u>

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PAUL JOSEPH YOUNT | ) | Case No. 3:22-30673-SHB |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

<u>NOTICE OF AMENDMENT</u>

Comes now the Debtor, by and through counsel, and pursuant to E.D. Tenn. LR 1009-1(b), does hereby give notice of the following amendment(s):

1. Amending Schedules A/B & C to change and exempt the amounts of the 2020 Chevy Silverado and bank account.

**Dated: February 1, 2023**

<u>s/Richard M. Mayer</u>
<u>s/John P. Newton, Jr.</u>
Richard M. Mayer, #5534
John P. Newton, Jr., #010817
Attorneys at Law
1111 Northshore Drive, Suite S-570
Knoxville, Tennessee 37919
(865) 588-5111 Telephone

<u>CERTIFICATE OF SERVICE</u>

      The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Amendment has been served upon the following parties via U. S. Mail [postage prepaid], email, and/or Electronic Case Filing:

Tiffany Diiorio
Office of the U.S. Trustee

Ryan Jarrard
Chapter 7 Trustee

**SEE ATTACHED CREDITOR MATRIX**

                                <u>s/Richard M. Mayer</u>
                                <u>s/John P. Newton, Jr.</u>
                                Richard M. Mayer, #5534
                                John P. Newton, Jr., #010817
                                Attorneys at Law
                                8351 E. Walker Springs Ln
                                Suite 100
                                Knoxville, TN 37923
                                (865) 588-5111 Telephone

**Dated: February 1, 2023**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Paul Joseph Yount** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE | |
| Case number (if known) | 3:22-bk-30673-SHB | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt          4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2020 Chevy Silverado 11,769 miles VIN#-3GCPYBEK8LG166439**<br>Line from *Schedule A/B*: **3.1** | $15,000.00 | ■ $6,277.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **LR Suit, BR Suit, Kitchen Table, Kitchen Utensils, Lawn Mower, Weedeater, Tools**<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **2 TVs**<br>Line from *Schedule A/B*: **7.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Toy Race Cars**<br>Line from *Schedule A/B*: **8.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-104** |

| Debtor 1 | **Paul Joseph Yount** | | Case number (if known) | **3:22-bk-30673-SHB** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Bracelet, Earrings**<br>Line from *Schedule A/B*: **12.1** | $400.00 | ■ | $400.00 | **Tenn. Code Ann. § 26-2-104** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $100.00 | ■ | $100.00 | **Tenn. Code Ann. § 26-2-103** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Knox TVA CU**<br>Line from *Schedule A/B*: **17.1** | $519.86 | ■ | 50% | **Tenn. Code Ann. § 26-2-103** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **401(k): REEB Millwork Corp.**<br>Line from *Schedule A/B*: **21.1** | $20,000.00 | ■ | $20,000.00 | **Tenn. Code Ann. § 26-2-111(1)(D)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY TO AMENDED SCHEDULES A/B & C

I, Paul Joseph Yount, declare under penalty of perjury that I have read the above Amendment, and the matters stated therein are true and correct to the best of my knowledge, information and belief.

DATED: 12/13/2022                             /s/PAUL JOSEPH YOUNT

DATED: 12/13/2022                             /s/RICHARD MAYER /s/JOHN NEWTON

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Amendment has been forwarded by Electronic Case Filing (ECF) to the following:

Tiffany Diiorio
Office of the U.S. Trustee

Ryan Jarrard
Chapter 7 Trustee

**SEE ATTACHED CREDITOR MATRIX**

Dated: 02/01/2023                             /s/John P. Newton /s/Richard M. Mayer
                                              John P. Newton   #010817
                                              Richard M. Mayer #0054
                                              Attorneys at Law
                                              1111 Northshore Drive, Suite S-570
                                              Knoxville, Tennessee 37919
                                              (865) 588-5111 Telephone

```
Label Matrix for local noticing           Ally Bank                                Ally Bank, c/o AIS Portfolio Services, LP
0649-3                                    AIS portfolio Services, LP               4515 N Santa Fe Ave. Dept. APS
Case 3:22-bk-30673-SHB                    4515 N Santa Fe Ave                      Oklahoma City, OK 73118-7901
Eastern District of Tennessee             Oklahoma City, OK 73118-7901
Knoxville
Wed Feb  1 14:39:17 EST 2023

3                                         (p)ACCOUNT RESOLUTION TEAM               Ally Financial
United States Bankruptcy Court            ATTN RACHAEL WILLIAMS                    P.O. Box 380906
Howard H. Baker Jr. U.S. Courthouse       PO BOX 1503                              Minneapolis, MN 55438-0906
Suite 330, 800 Market Street              MORRISTOWN TN 37816-1503
Knoxville, TN 37902-2343

ERC, LLC                                  Frank Yount                              Ft. Sanders Regional Medical Center
P.O. Box 57547                            530 Surfwood Lane                        Knoxville Business Office Services
Jacksonville, FL 32241-7547               Davison, MI 48423-1225                   1420 Centerpoint Blvd  Bldg C
                                                                                   Knoxville, TN 37932-1960


Gealon A. Thomas DDS                      LeConte Medical Center                   LeConte Medical Center
111 Peacock Court                         742 Middle Creek Rd.                     P.O. Box 11192
Seymour, TN 37865-5086                    Sevierville, TN 37862-5019               Knoxville, TN 37939-1192



Parkwest Medical Center                   (p)SPRINT                                United States Trustee
Knoxville Business Office Services        C O AMERICAN INFOSOURCE                  800 Market Street, Suite 114
Building C                                4515 N SANTA FE AVE                      Howard H. Baker Jr. U.S. Courthouse
1420 Centerpoint Blvd.                    OKLAHOMA CITY OK 73118-7901              Knoxville, TN 37902-2303
Knoxville, TN 37932-1960


John P. Newton Jr.                        Paul Joseph Yount                        Richard M. Mayer
Law Offices of Mayer & Newton             2329 Scenic Mountain Drive               Law Offices of Mayer & Newton
8351 E. Walker Springs Lane               Sevierville, TN 37876-3401               8351 E. Walker Springs Lane
Suite 100                                                                          Suite 100
Knoxville, TN 37923-3135                                                           Knoxville, TN 37923-3135


Ryan Jarrard
Quist Fitzpatrick & Jarrard
800 South Gay Street, Suite 2121
Knoxville, TN 37929-9711
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Account Resolution Team, Inc.             Sprint Corp.                             End of Label Matrix
P.O. Box 1503                             ATTN: Bankruptcy Dept.                   Mailable recipients   18
Morristown, TN 37816-1503                 P.O. Box 7949                            Bypassed recipients    0
                                          Overland Park, KS 66207-0949             Total                 18
```